# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 25, 2024

Mr. Timothy Derek Carson
Cantey Hanger, L.L.P.
600 W. 6th Street
Suite 300
Fort Worth, TX 76102-3585

Ms. Stephanie Garlock
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

Mr. Michael F. Murray
Paul Hastings, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Mr. Philip Avery Vickers
Cantey Hanger, L.L.P.
600 W. 6th Street
Suite 300
Fort Worth, TX 76102-3585

      No. 24-10248   Chamber of Commerce v. CFPB
                     USDC No. 4:24-CV-213

Dear Counsel:

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701