# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 25, 2024

Ms. Stephanie Garlock
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

    No. 24-10248   Chamber of Commerce v. CFPB
                         USDC No. 4:24-CV-213

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising that the court has requested a response to Appellants' Motion for injunction and for stay pending appeal, to be filed in this office by 5:00 p.m. on March 29, 2024.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

cc:
    Mr. Timothy Derek Carson
    Ms. Jennifer B. Dickey
    Mr. Michael F. Murray
    Mr. Philip Avery Vickers