# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 24-10248

Chamber of Commerce of the U.S., et al.    vs.    Consumer Financial Protection Bureau, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae    ☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Stephanie B. Garlock    stephanie.garlock@cfpb.gov
(Signature)    (e-mail address)

Stephanie B. Garlock    DC Bar No. 1779629
(Type or print name)    (State/Bar No.)

Counsel
(Title, if any)

Consumer Financial Protection Bureau
(Firm or Organization)

Address: 1700 G Street, NW

City & State: Washington, DC    Zip: 20552

Primary Tel. 202-435-7201    Cell Phone: 202-695-4908    (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes    ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes    ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes    ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Yes, preliminary injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Chamber of Commerce of the U.S., et al. v. Consumer Fin. Prot. Bureau (CFPB), No. 23-40650 involves a challenge to the constitutionality of the CFPB's funding under CFSA v. CFPB (cont., p. 2)

Name of Court or Agency 5th Cir.

Status of Appeal (if any) Appeal is being held in abeyance pending resolution of CFSA in the Supreme Court

Other Status (if not appealed) _____

**NOTE:** Attach sheet to give further details.    DKT-5A REVISED June 2023

## Notice of Appearance in *Chamber of Commerce v. CFPB*, No. 24-10248, by Stephanie Garlock

**Related Case Info. (cont.)**

**Caption and Description (*Chamber of Commerce v. CFPB*, 23-40650, cont.)**: 51 F.4th 616 (5th Cir. 2022), *cert. granted*, 143 S. Ct. 978 (2023) and *cert. denied*, 143 S. Ct. 981 (2023).

\*    \*    \*

**Caption and Description**: *Texas Bankers Ass'n v. CFPB*, No. 7:23-cv-00144, involves a challenge to the constitutionality of the CFPB's funding under *CFSA*.

**Court**: S.D. Texas

**Status**: The District Court preliminarily enjoined the Bureau from enforcing a rule related to small-business lending in light of *CFSA*. Briefing on cross-motions for summary judgment began on March 1 and will conclude by June 7.

\*    \*    \*

**Caption and Description**: *CFPB v. Populus Financial Group, Inc., dba ACE Cash Express, Inc.*, No. 3:22-cv-1494. Enforcement case brought by the CFPB against *Populus*.

**Court**: N.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*    \*    \*

**Caption and Description**: *CFPB v. FirstCash*, No. 2:15-cv-7522. Enforcement case brought by the CFPB against *FirstCash*.

**Court**: N.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*    \*    \*

**Caption and Description**: *CFPB v. ACTIVE*, No. 4:22-cv-898. Enforcement case brought by the CFPB against *ACTIVE*.

**Court**: E.D. Tex.

**Status**: The case is stayed pending a decision from the Supreme Court in *CFSA*.

\*    \*    \*

## Notice of Appearance in *Chamber of Commerce v. CFPB*, No. 24-10248, by Stephanie Garlock

**Related Case Info. (cont.)**

**Caption and Description**: *CFPB v. Colony Ridge Development, LLC*, No. 4:23-cv-4729. Enforcement case brought by the CFPB and the Department of Justice against Colony Ridge.

**Court**: S.D. Tex.

**Status**: Defendants have filed motions to stay the case pending a decision from the Supreme Court in *CFSA*, which are pending. The parties are briefing motions to dismiss.