## CASE NO. 24-10248

---

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

---

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF
COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER
BANKERS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

*Plaintiffs – Appellants*

v.

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA, in his
official capacity as Director of the Consumer Financial Protection Bureau ,

*Defendants – Appellees.*

*On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division*

---

### APPELLANTS' UPDATED NOTICE AND EMERGENCY MOTION FOR
### ADMINISTRATIVE STAY OF DISTRICT COURT'S TRANSFER ORDER

---

Michael Murray
D.C. Bar No. 1001680
michaelmurray@paulhastings.com
Tor Tarantola
D.C. Bar No. 1738602
tortarantola@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1730

Philip Vickers
Texas Bar No. 24051699
pvickers@canteyhanger.com
Derek Carson
Texas Bar No. 24085240
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800

*COUNSEL FOR APPELLANTS*

Thomas Pinder
D.C. Bar No. 451114
tpinder@aba.com
Andrew Doersam
D.C. Bar No. 1779883
adoersam@aba.com
AMERICAN BANKERS
ASSOCIATION
1333 New Hampshire Ave. NW
Washington, DC 20036

***COUNSEL FOR AMERICAN
BANKERS ASSOCIATION***

Jennifer B. Dickey
D.C. Bar No. 1017247
Jdickey@uschamber.com
Maria C. Monaghan
D.C. Bar No. 90002227
mmonaghan@uschamber.com
U.S. CHAMBER LITIGATION
CENTER
1615 H Street NW
Washington, DC 20062

***COUNSEL FOR CHAMBER OF
COMMERCE OF THE UNITED
STATES OF AMERICA***

Plaintiffs, the Chamber of Commerce of the United States of America, Fort Worth Chamber of Commerce, Longview Chamber of Commerce, American Bankers Association, Consumer Bankers Association, and Texas Association of Business, respectfully submit this notice regarding an order issued today by the district court concerning the preliminary injunction hearing that the district court set two days ago and that Plaintiffs previously described to this Court.  At the close of business today, the district court issued an order granting Defendants' motion to transfer this case to the U.S. District Court for the District of Columbia.  *See* Att. 1.

Notwithstanding Plaintiffs' request that the district court stay any such ruling so that Plaintiffs could seek this Court's review of such a transfer in a timely fashion, *see* App. 379 (Plaintiffs' request for stay), the district court then immediately transferred and closed the case.  Consequently, it appears that there will not be a hearing on Plaintiffs' motion for a preliminary injunction next week in Fort Worth. Plaintiffs respectfully request that this Court maintain its existing briefing schedule regarding Plaintiffs' emergency motion for an injunction pending appeal and administrative stay regarding the effective denial of their motion for a preliminary injunction.

In addition, Plaintiffs move on an emergency basis that this Court issue a stay of the district court's transfer order to eliminate any ambiguity as to whether this Court retains jurisdiction over that order while Plaintiffs prepare a petition for a writ

of mandamus, and to ensure that this Court is able to give meaningful relief in this appeal. *See In re Space Exploration Technologies, Corp*., No. 24-40103 (Feb. 26, 2024) (unpublished order, per curiam) (observing that this Court entered stay of transfer order and appellate court is not stripped of jurisdiction to consider mandamus relief with respect to transfer order until the transferee court dockets the case) (*see* Attachment 2); *In re Space Exploration Technologies, Corp*., No. 24-40103, 2024 WL 948321 (Mar. 5, 2024) (Elrod, J., dissenting) ("Because the stay was entered before transfer of the case was complete, we confirmed that we retained jurisdiction over the case"). Plaintiffs respectfully ask for a ruling before the U.S. District Court for the District of Columbia dockets the case, which could be as early as the opening of business tomorrow morning, and thus Plaintiffs respectfully request a ruling by 10 am.

Dated:  March 28, 2024

Respectfully submitted,

*/s/ Michael Murray*
Michael Murray
D.C. Bar No. 1001680
michaelmurray@paulhastings.com
Tor Tarantola
D.C. Bar No. 1738602
tortarantola@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1730

Philip Vickers
Texas Bar No. 24051699
pvickers@canteyhanger.com
Derek Carson
Texas Bar No. 24085240
dcarson@canteyhanger.com
CANTEY HANGER LLP
600 West 6th Street, Suite 300
Fort Worth, TX 76102
(817) 877-2800

***COUNSEL FOR APPELLANTS***

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. App. P. 25(d) and 5th Cir. R. 25.2.5, I hereby certify that

on March 28, 2024, I filed foregoing motion via the Court's CM/ECF system and

also caused the foregoing to be served by email on the following counsel for

Defendants-Appellees:

Stephanie Garlock
Justin Michael Sandberg
1700 G Street, NW
Washington, DC 20552
stephanie.garlock@cfpb.gov
justin.sandberg@cfpb.gov

*/s/ Michael Murray*
Michael Murray

*Attorney for Appellants*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 28, 2024, Michael Murray, counsel for

Appellants, attempted to confer via e-mail with Stephanie Garlock, counsel for

Appellees, about the foregoing motion, but was unable to reach her likely in light

of the hour.

*/s/ Michael Murray*
Michael Murray

*Attorney for Appellants*

## CERTIFICATE OF COMPLIANCE WITH
## TYPFACE REQUIREMENTS AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(a).

It also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and 5th

Cir. R. 32.1 and the type-style requirements of Fed. R. App. P. 32(a)(6) because it

has been prepared in a proportionally spaced typeface using Microsoft Word in 14-

point Times New Roman font. Additionally, I certify that any required redactions

have been made in compliance with 5th Cir. R. 25.2.13. I certify that the facts

supporting emergency consideration of the motion are true and complete.  I certify

that the facts supporting emergency consideration of the motion are true and

complete.

Dated: March 28, 2024

*/s/ Michael Murray*
Michael Murray

*Attorney for Appellants*

5