# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-10248    Chamber of Commerce v. CFPB
                        USDC No. 4:24-CV-213

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Timothy Derek Carson
Ms. Jennifer B. Dickey
Ms. Stephanie Garlock
Ms. Karen S. Mitchell
Mr. Michael F. Murray
Mr. Justin Michael Sandberg
Mr. Philip Avery Vickers