# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-10248    Chamber of Commerce v. CFPB
                    USDC No. 4:24-CV-213

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Timothy Derek Carson
Ms. Jennifer B. Dickey
Ms. Stephanie Garlock
Ms. Karen S. Mitchell
Mr. Michael F. Murray
Mr. Justin Michael Sandberg
Mr. Philip Avery Vickers

PS. Further instructions and an expedited briefing schedule will be forthcoming.