

1700 G Street NW, Washington, D.C. 20552

April 8, 2024

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:   *Chamber of Commerce of the United States, et al. v. Consumer Financial Protection Bureau*, No. 24-10248

   Letter Regarding Supplement to Certificate of Interested Persons

Dear Mr. Cayce:

   The Consumer Financial Protection Bureau and Rohit Chopra, in his official capacity as Director of the Consumer Financial Protection Bureau (collectively, the Bureau) write to supplement the Certificates of Interested Persons that Plaintiffs-Appellants Chamber of Commerce, et al., filed in No. 24-10248, *see* ECF No. 7 at PDF page 3, and in No. 24-10266, *see* ECF No. 5 at PDF page 3.[1]

---

[1] As a governmental party, the Bureau was not required to file a certificate of interested persons itself under Fifth Circuit Rule 28.2. The Bureau did file a

consumerfinance.gov

Fifth Circuit Rule 28.2.1 is "broader in scope than the disclosure statement contemplated in Fed. R. App. P. 26.1," and requires "a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities who or which are financially interested in the outcome of the litigation." 5th Cir. R. 28.2. Specification of any "large group of persons" can be made "by a generic description." *Id.*

The Bureau writes to inform the Court that, in addition to the party associations listed in the Chamber, et al.'s Certificates, large credit card issuers—those that, together with their affiliates, have one million or more open credit card accounts—have a financial interest in the outcome of the litigation. The Bureau makes this representation in order that the judges of this court may evaluate possible disqualification or recusal.

                                                Respectfully submitted,

                                                */s/ Stephanie B. Garlock*
                                                Stephanie B. Garlock
                                                    *Counsel*
                                                Consumer Financial Protection Bureau
                                                1700 G Street, N.W.
                                                Washington, DC 20552
                                                (202) 435-7201
                                                stephanie.garlock@cfpb.gov

cc:    Counsel of Record (via CM/ECF)

---

certificate pursuant to the Local Rules of the Northern District of Texas in the proceeding below. *See* Dist. Ct. Dkt. No. 36; N.D. Tex. L.R. 3.1(c), 7.4. That certificate noted, as the Bureau notes here, that large credit card issuers have a financial interest in the outcome of this litigation.