# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 09, 2024

Mr. Andrew Doersam
American Bankers Association
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

    No. 24-10248   Chamber of Commerce v. CFPB
                      USDC No. 4:24-CV-213

Dear Mr. Doersam,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793