# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10248   Chamber of Commerce v. CFPB
                  USDC No. 4:24-CV-213

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Lisa E. Ferrara, Deputy Clerk
                  504-310-7675

Mr. Timothy Derek Carson
Ms. Jennifer B. Dickey
Mr. Andrew Doersam
Mr. Joseph Frisone
Ms. Stephanie Garlock
Ms. Karen S. Mitchell
Ms. Maria Monaghan
Ms. Tara S. Morrissey
Mr. Michael F. Murray
Mr. Thomas Pinder
Mr. Justin Michael Sandberg
Mr. Tor Tarantola
Mr. Philip Avery Vickers