Consumer Financial
Protection Bureau

1700 G Street NW, Washington, D.C. 20552

May 1, 2024

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

Re:    *Chamber of Commerce of the United States, et al. v. Consumer Financial
       Protection Bureau*, No. 24-10248
       Letter Seeking Clarification of Briefing Schedule

Dear Mr. Cayce:

    We write seeking clarification of the briefing schedule in the above-
captioned matter. In its recently issued order remanding the case to the district
court with instructions to rule on Plaintiffs' motion for a preliminary injunction,
the Court stated that "[i]f necessary, an appellate briefing schedule will be reset."
ECF Dkt. No. 105-1, at 2. We understand this to mean that the current briefing
schedule has been vacated. If that is the case, we would greatly appreciate
confirmation. But if we are mistaken—and Defendants are still required to file an
opposition brief by May 13—we would appreciate notice of that as soon as
possible.

                          Respectfully submitted,


                          */s/ Joseph Frisone*

Joseph Frisone
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552
(202) 435-9287
Joseph.Frisone@cfpb.gov

cc:    Counsel of Record (via CM/ECF)