# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2024

Mr. Joseph Frisone
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, DC 20552

    No. 24-10248   Chamber of Commerce v. CFPB
                       USDC No. 4:24-CV-213

Dear Mr. Frisone,

Responding to your letter received on May 1, 2024, we confirm that the current briefing schedule is vacated.

                                  Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

cc:
    Mr. Timothy Derek Carson
    Ms. Jennifer B. Dickey
    Mr. Andrew Doersam
    Ms. Stephanie Garlock
    Ms. Maria Monaghan
    Ms. Tara S. Morrissey
    Mr. Michael F. Murray
    Mr. Thomas Pinder
    Mr. Justin Michael Sandberg
    Mr. Tor Tarantola
    Mr. Philip Avery Vickers