# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 17, 2024
Lyle W. Cayce
Clerk

No. 24-10248

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER BANKERS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

*Plaintiffs—Appellants,*

*versus*

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA, *in his official capacity as Director of the Consumer Financial Protection Bureau,*

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213
_____

UNPUBLISHED ORDER

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

The motion to dismiss the appeal as moot is GRANTED.