United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 24, 2024

Lyle W. Cayce
Clerk

No. 24-10248

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
FORT WORTH CHAMBER OF COMMERCE; LONGVIEW CHAMBER
OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CONSUMER
BANKERS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

*Plaintiffs—Appellants*,

versus

CONSUMER FINANCIAL PROTECTION BUREAU; ROHIT CHOPRA,
IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE CONSUMER
FINANCIAL PROTECTION BUREAU,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213
_____

UNPUBLISHED ORDER

Before HIGGINSON, WILLETT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the Appellees' unopposed motion to issue the mandate forthwith is GRANTED.