

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on May 24, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
May 17, 2024
Lyle W. Cayce
Clerk

No. 24-10248

───────────────

Chamber of Commerce of the United States of America, Fort Worth Chamber of Commerce; Longview Chamber of Commerce; American Bankers Association; Consumer Bankers Association; Texas Association of Business,

*Plaintiffs—Appellants*,

versus

Consumer Financial Protection Bureau; Rohit Chopra, *in his official capacity as Director of the Consumer Financial Protection Bureau*,

*Defendants—Appellees*.

───────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-213

───────────────

UNPUBLISHED ORDER

Before Higginson, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

The motion to dismiss the appeal as moot is GRANTED.